**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-32174 |
| | § | |
| ARTURO VAZQUEZ | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/20/2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/28/2014                By:   /s/ David P. Leibowitz
                                                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                      §    Case No. 13-32174
                            §
ARTURO VAZQUEZ              §
                            §
                            §
                            §
            Debtor(s)       §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                $10,578.00
*and approved disbursements of*                                      $8,824.28
*leaving a balance on hand of[1]:*                                   $1,753.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                                   $0.00
Remaining balance:                                                   $1,753.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $455.17 | $0.00 | $455.17 |
| David P. Leibowitz, Trustee Expenses | $6.00 | $0.00 | $6.00 |

Total to be paid for chapter 7 administrative expenses:                $461.17
Remaining balance:                                                   $1,292.55

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:               $0.00
Remaining balance:                                                   $1,292.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,292.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,657.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | $101.50 | $0.00 | $6.05 |
| 2 | Quantum3 Group LLC as agent for | $167.49 | $0.00 | $10.00 |
| 3 | Quantum3 Group LLC as agent for | $1,112.21 | $0.00 | $66.38 |
| 4 | Quantum3 Group LLC as agent for | $1,415.85 | $0.00 | $84.50 |
| 5 | FIFTH THIRD BANK | $4,057.86 | $0.00 | $242.18 |
| 6 | Capital Recovery V, LLC | $2,433.15 | $0.00 | $145.22 |
| 7 | Capital Recovery V, LLC | $2,053.69 | $0.00 | $122.57 |
| 8 | Capital Recovery V, LLC | $7,113.21 | $0.00 | $424.53 |
| 9 | PYOD, LLC its successors and assigns as assignee | $1,558.62 | $0.00 | $93.02 |
| 10 | Portfolio Recovery Associates, LLC | $1,643.68 | $0.00 | $98.10 |

|  | Total to be paid to timely general unsecured claims: | $1,292.55 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
　　　　　　　　Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-32174-JPC
Arturo Vazquez  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: dgomez   Page 1 of 2   Date Rcvd: Oct 30, 2014
                        Form ID: pdf006   Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2014.
```
db             +Arturo Vazquez,    3911 Clarence Avenue,    Stickney, IL 60402-4110
20862384       +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
20862387      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     P.o. Box 982236,    El Paso, TX  79998)
20862386       +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,     Po Box 5170,
                 Simi Valley, CA 93062-5170
20862396      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO  64195)
20862389       +Cap1/bstby,    Po Box 30253,    Salt Lake City, UT 84130-0253
20862390       +Cap1/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
20862391        Carson's / Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
20862392       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
20862394       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
20862395       +Chase - Cc,    Chase Card Svcs/Attn:Bankruptcy Dept,     Po Box 15298,    Wilmington, DE 19850-5298
20862397       +City Ntl Bk/ocwen Loan Service,    Attn: Bankruptcy,    P.o. Box 24738,
                 West Palm Beach, FL 33416-4738
20862398       +Comenity Bank/carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
20862399       +Comenity Bank/harlem Furniture,    Attention: Bankruptcy,    Po Box 182686,
                 Columbus, OH 43218-2686
20862400       +Comenity Bank/new York & Company,    Attention: Bankruptcy,     P.o. Box 182686,
                 Columbus, OH 43218-2686
20862401       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
20862402        Express / WFFNB,    PO Box 182125,    Columbus, OH  43218-2125
20862403       +Express/comenity Bank,    Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
20862380       +FERRENTINO & SARIKAS LLC,    4723 W Belmont Ave,    Chicago, IL 60641-4404
20862404      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,     1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,
                 Cincinnati, OH  45263)
21688338       +FIFTH THIRD BANK,    PO BOX 9013,    ADDISON,TEXAS 75001-9013
20862405       +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,     1830 East Paris Ave. Se,
                 Grand Rapids, MI 49546-6253
20862411       +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
20862412       +Hsbc/carsn,    Po Box 30253,    Salt Lake City, UT 84130-0253
20862413       +Macy's/ DSNB,    PO Box 8218,    Mason, OH 45040-8218
22011514      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                 Successor to CAPITAL ONE, NATIONAL,     ASSOCIATION (BEST BUY CO INC ),    POB 41067,
                 Norfolk VA 23541)
20862414       +Premier Dental Clinic, LLC,    7345 W. 25th Street,    North Riverside, IL 60546-1409
20862417        The Limited / Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                 Columbus, OH  43218-2125
20862418       +The Limited/wfnnb,    WFNNB/Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
20862379       +Vazquez Arturo,    3911 Clarence Avenue,    Stickney, IL 60402-4110
20862419       +Wachovia Mortgage/world Savings And Loan,    Attn: Bankruptcy Dept.(T7419-015),     Po Box 659558,
                 San Antonio, TX 78265-9558
20862420       +Wilshire Credit Corp/bank Of America,    Bank of America N.A.,     450 American St,
                 Simi Valley, CA 93065-6285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20862381       +E-mail/Text: BKO@ABRICU.com Oct 31 2014 01:13:00     Abri Credit Union,    1350 W. Renwick Road,
                 Romeoville, IL 60446-5345
20862383       +E-mail/Text: ally@ebn.phinsolutions.com Oct 31 2014 01:12:26     Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
20862385       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:23:48
                 Banana Republic / GE Capital Retail Bank,    Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
21975306        E-mail/PDF: rmscedi@recoverycorp.com Oct 31 2014 01:23:53     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20862405       +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 31 2014 01:15:10     Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
                 Grand Rapids, MI 49546-6253
20862406       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:23:48     Gap /GE Capital Retail Bank,
                 Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
20862407       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:42     Gecrb/banana Republic,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
20862408       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:42     Gecrb/gap,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
20862409       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:19:27     Gecrb/gap,    Attn: bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
20862410       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:42     Gecrb/sams Club,
                 GECRB/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-1          User: dgomez              Page 2 of 2                Date Rcvd: Oct 30, 2014
                              Form ID: pdf006           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
21986688       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2014 01:21:51
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21621796        E-mail/Text: bnc-quantum@quantum3group.com Oct 31 2014 01:13:17
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
20862415       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:42
                 Sam's Club / GE Capital Retal Bank,    Attn: Bankruptcy Department,    PO Box 103104,
                 Roswell, GA  30076-9104
20862416       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2014 01:21:42        Sams Club / Gemb,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA  30076-9104
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20862382*      +Abri Credit Union,    1350 W. Renwick Road,    Romeoville, IL  60446-5345
20862388*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX  79998-2238
                (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX  79998)
20862393*      +Chase,   P.o. Box 15298,    Wilmington, DE  19850-5298
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Dillon    on behalf of Creditor   Ocwen Loan Servicing, LLC tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Vasilios S. Sarikas    on behalf of Debtor Arturo  Vazquez vss@fslawus.com,  smarrero@fslawus.com
                                                                                               TOTAL: 5
```