**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-32174 |
| | § | |
| ARTURO VAZQUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $128,000.00 | Assets Exempt: | $80,657.32 |
| Total Distributions to Claimants: | $1,292.55 | Claims Discharged Without Payment: | $81,807.71 |
| Total Expenses of Administration: | $528.13 | | |

3) Total gross receipts of $10,578.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $8,757.32 (see **Exhibit 2**), yielded net receipts of $1,820.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $315,325.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $528.13 | $528.13 | $528.13 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $80,944.00 | $21,657.26 | $21,657.26 | $1,292.55 |
| **Total Disbursements** | $396,269.00 | $22,185.39 | $22,185.39 | $1,820.68 |

4). This case was originally filed under chapter 7 on 08/13/2013. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2015     By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1224-000 | $10,578.00 |
| **TOTAL GROSS RECEIPTS** | | $10,578.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ARTURO VAZQUEZ | Exemptions | 8100-002 | $8,757.32 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $8,757.32 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $28,337.00 | $0.00 | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $27,034.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City Ntl Bk/ocwen Loan Service | 4110-000 | $259,954.00 | $0.00 | $0.00 | $0.00 |
| | Wachovia Mortgage/world Savings And Loan | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $315,325.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $455.17 | $455.17 | $455.17 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.00 | $6.00 | $6.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Green Bank | 2600-000 | NA | $66.96 | $66.96 | $66.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $528.13 | $528.13 | $528.13 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $101.00 | $101.50 | $101.50 | $6.05 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $167.00 | $167.49 | $167.49 | $10.00 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $1,112.00 | $1,112.21 | $1,112.21 | $66.38 |
| 4 | Quantum3 Group LLC as agent for | 7100-900 | $1,415.00 | $1,415.85 | $1,415.85 | $84.50 |
| 5 | FIFTH THIRD BANK | 7100-900 | $3,811.00 | $4,057.86 | $4,057.86 | $242.18 |
| 6 | Capital Recovery V, LLC | 7100-900 | $1,910.00 | $2,433.15 | $2,433.15 | $145.22 |
| 7 | Capital Recovery V, LLC | 7100-900 | $1,851.00 | $2,053.69 | $2,053.69 | $122.57 |
| 8 | Capital Recovery V, LLC | 7100-900 | $6,067.00 | $7,113.21 | $7,113.21 | $424.53 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,474.00 | $1,558.62 | $1,558.62 | $93.02 |
| 10 | Portfolio Recovery Associates, LLC | 7100-900 | $1,593.00 | $1,643.68 | $1,643.68 | $98.10 |
| | Abri Credit Union | 7100-000 | $10,855.00 | $0.00 | $0.00 | $0.00 |
| | Abri Credit Union | 7100-000 | $10,786.00 | $0.00 | $0.00 | $0.00 |
| | Amex Dsnb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap1/carsn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carson's / Comenity Bank | 7100-000 | $902.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $3,145.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $5,248.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Chase | 7100-000 | $5,510.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $3,325.00 | $0.00 | $0.00 | $0.00 |
| Chase - Cc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citibank Usa | 7100-000 | $1,558.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/harlem Furniture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dsnb Macys | 7100-000 | $1,258.00 | $0.00 | $0.00 | $0.00 |
| Express / WFFNB | 7100-000 | $164.00 | $0.00 | $0.00 | $0.00 |
| Fifth Third Bank | 7100-000 | $4,057.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/banana Republic | 7100-000 | $2,392.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/gap | 7100-000 | $2,053.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/sams Club | 7100-000 | $7,113.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/carsn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Macy's/ DSNB | 7100-000 | $1,142.00 | $0.00 | $0.00 | $0.00 |
| Premier Dental Clinic, LLC | 7100-000 | $1,387.00 | $0.00 | $0.00 | $0.00 |
| Sams Club / Gemb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Limited / Comenity Bank | 7100-000 | $548.00 | $0.00 | $0.00 | $0.00 |
| Wachovia Mortgage/world Savings And Loan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $80,944.00 | $21,657.26 | $21,657.26 | $1,292.55 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-32174-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VAZQUEZ, ARTURO | Date Filed (f) or Converted (c): | 08/13/2013 (f) |
| For the Period Ending: | 2/19/2015 | §341(a) Meeting Date: | 09/30/2013 |
| | | Claims Bar Date: | 06/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single Family Residence: 3911 Clarence Ave, Stickney, Il 60402 | $125,000.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account with Chase Bank | $800.00 | $0.00 | | $0.00 | FA |
| 3  Household Goods and Furnishings | $600.00 | $0.00 | | $0.00 | FA |
| 4  Necessary Wearing Apparel | $200.00 | $0.00 | | $0.00 | FA |
| 5  401K | $52,000.00 | $0.00 | | $0.00 | FA |
| 6  2003 Chevrolet Silverado with 160,000 Miles | $3,300.00 | $0.00 | | $0.00 | FA |
| 7  2011 Honda Pilot with 30,000 Miles | $18,000.00 | $0.00 | | $0.00 | FA |
| 8  Tax Refund (u) | $10,576.00 | $1,818.68 | | $10,578.00 | FA |

**TOTALS (Excluding unknown value)**                                        **Gross Value of Remaining Assets**

$210,476.00       $1,818.68       $10,578.00       $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/08/2014 | Prepared TFR for Trustee's REview |
| 12/18/2013 | Tax Intercept Completed |
| 10/24/2013 | 341 meeting continued to November 26, 2013 |

**Initial Projected Date Of Final Report (TFR):**    12/31/2014                  /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**    11/01/2014                  DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 13-32174-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | VAZQUEZ, ARTURO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6727 | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/13/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2014 | (8) | United States Treasury | Tax refund. | 1224-000 | $10,578.00 | | $10,578.00 |
| 04/10/2014 | 3001 | ARTURO VAZQUEZ | Entitled portion of tax refund. | 8100-002 | | $4,057.32 | $6,520.68 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.96 | $6,504.72 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.68 | $6,493.04 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.80 | $6,483.24 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.46 | $6,472.78 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,462.00 |
| 09/11/2014 | 3002 | ARTURO VAZQUEZ | Entitled portion of tax refund. | 8100-002 | | $4,700.00 | $1,762.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.28 | $1,753.72 |
| 11/21/2014 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $455.17 | $1,298.55 |
| 11/21/2014 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.00 | $1,292.55 |
| 11/21/2014 | 3005 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: 101.50; Amount Allowed: 101.50; Distribution Dividend: 5.97; | 7100-900 | | $6.05 | $1,286.50 |
| 11/21/2014 | 3006 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: 167.49; Amount Allowed: 167.49; Distribution Dividend: 5.97; | 7100-900 | | $10.00 | $1,276.50 |
| 11/21/2014 | 3007 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: 1,112.21; Amount Allowed: 1,112.21; Distribution Dividend: 5.97; | 7100-900 | | $66.38 | $1,210.12 |
| 11/21/2014 | 3008 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: 1,415.85; Amount Allowed: 1,415.85; Distribution Dividend: 5.97; | 7100-900 | | $84.50 | $1,125.62 |
| 11/21/2014 | 3009 | FIFTH THIRD BANK | Claim #: 5; Amount Claimed: 4,057.86; Amount Allowed: 4,057.86; Distribution Dividend: 5.97; | 7100-900 | | $242.18 | $883.44 |
| 11/21/2014 | 3010 | Capital Recovery V, LLC | Claim #: 6; Amount Claimed: 2,433.15; Amount Allowed: 2,433.15; Distribution Dividend: 5.97; | 7100-900 | | $145.22 | $738.22 |
| 11/21/2014 | 3011 | Capital Recovery V, LLC | Claim #: 7; Amount Claimed: 2,053.69; Amount Allowed: 2,053.69; Distribution Dividend: 5.97; | 7100-900 | | $122.57 | $615.65 |
| 11/21/2014 | 3012 | Capital Recovery V, LLC | Claim #: 8; Amount Claimed: 7,113.21; Amount Allowed: 7,113.21; Distribution Dividend: 5.97; | 7100-900 | | $424.53 | $191.12 |
| 11/21/2014 | 3013 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: 1,558.62; Amount Allowed: 1,558.62; Distribution Dividend: 5.97; | 7100-900 | | $93.02 | $98.10 |
| 11/21/2014 | 3014 | Portfolio Recovery Associates, LLC | Claim #: 10; Amount Claimed: 1,643.68; Amount Allowed: 1,643.68; Distribution Dividend: 5.97; | 7100-900 | | $98.10 | $0.00 |

**SUBTOTALS**   $10,578.00   $10,578.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document      Page 8 of 9

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-32174-JPC | |
| **Case Name:** | VAZQUEZ, ARTURO | |
| **Primary Taxpayer ID #:** | **-***6727 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/13/2013 | |
| **For Period Ending:** | 2/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,578.00 | $10,578.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $10,578.00 | $10,578.00 | |
| | | | Less: Payments to debtors | | $0.00 | $8,757.32 | |
| | | | **Net** | | $10,578.00 | $1,820.68 | |

| For the period of 8/13/2013 to 2/19/2015 | | For the entire history of the account between 04/01/2014 to 2/19/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,578.00 | Total Compensable Receipts: | $10,578.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,578.00 | Total Comp/Non Comp Receipts: | $10,578.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,820.68 | Total Compensable Disbursements: | $1,820.68 |
| Total Non-Compensable Disbursements: | $8,757.32 | Total Non-Compensable Disbursements: | $8,757.32 |
| Total Comp/Non Comp Disbursements: | $10,578.00 | Total Comp/Non Comp Disbursements: | $10,578.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-32174-JPC | |
| **Case Name:** | VAZQUEZ, ARTURO | |
| **Primary Taxpayer ID #:** | **-***6727 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/13/2013 | |
| **For Period Ending:** | 2/19/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******7401 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,578.00 | $10,578.00 | $0.00 |

| For the period of 8/13/2013 to 2/19/2015 | | For the entire history of the case between 08/13/2013 to 2/19/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,578.00 | Total Compensable Receipts: | $10,578.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,578.00 | Total Comp/Non Comp Receipts: | $10,578.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,820.68 | Total Compensable Disbursements: | $1,820.68 |
| Total Non-Compensable Disbursements: | $8,757.32 | Total Non-Compensable Disbursements: | $8,757.32 |
| Total Comp/Non Comp Disbursements: | $10,578.00 | Total Comp/Non Comp Disbursements: | $10,578.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |